IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JORGE EDUARDO SOLARES MORAN,
*Petitioner*,
v.

TODD BLANCHE, *et al*.,
*Respondents*.

1:26-cv-2421-MSN-WEF

ORDER

On August 5, 2026, Petitioner Jorge Eduardo Solares Moran ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he had been unlawfully detained by ICE at the Farmville Detention Center in Virginia. That same day, this Court entered an Order mandating that Petitioner was "NOT to be removed or transferred from this district for any reason without this Court's permission during the pendency of this habeas action[.]" ECF 2 (emphasis in original). On August 7, 2026, Federal Respondents filed a motion to dismiss the Petition for either lack of personal jurisdiction or improper venue because Petitioner initiated the habeas action *after* he had already been removed from this district. ECF 4; ECF 5 at 2-3. At least as of August 7, 2026, Petitioner was detained in Milan, New Mexico. ECF 5 at 2. Pursuant to the Court's authority to preserve its jurisdiction under the All Writs Act, pending a ruling on the Petition, it is hereby

ORDERED that Petitioner shall not be removed from the United States unless and until the Court issues a contrary order. 28 U.S.C. § 1651; *Suri v. Trump*, No. 1:25-CV-480 (PTG/WBP), 2025 WL 914757, at *1 (E.D. Va. Mar. 20, 2025), *aff'd*, No. 25-1560, 2026 WL 2123557 (4th Cir. Jul. 23, 2026); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to 'issue all writs necessary or appropriate in aid of their

respective jurisdictions and agreeable to the usages and principles of law.'").

IT IS SO ORDERED.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

/s/
Michael S. Nachmanoff
United States District Judge

August 12, 2026
Alexandria, Virginia